**Dismissed and Opinion Filed January 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01608-CR

### THE STATE OF TEXAS, Appellant

### V.

### ROSA CASTILLO, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-19126-V

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans

Appellant the State of Texas has filed a motion to dismiss its appeal. The motion is signed by counsel for the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131608F.U05